IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 4:25CR179-MPM-JMV

BRIAN AUSTIN DELOACH

## PROTECTIVE ORDER

Pursuant to the authority granted by Federal Rule of Civil Procedure 26(c), Title 5, United States Code, Sections 552(b)(1)-(9) and 552a(b), the Court enters the Protective Order for the purpose of protecting certain information from public disclosure that has been provided by the federal government to the defense during discovery and throughout the course of the proceedings.

This Protective Order specifically covers and protects against public release or dissemination of any information contained in the Department of the Army, Criminal Investigation Division Report 00181-2023-CID045-010427 pertaining to juveniles and/or third-party individuals.

A copy of this Protective Order shall be delivered to each person to whom this Investigation is disclosed, at or before the time of disclosure, by the party making the disclosure.

The provisions of this Protective Order shall be binding upon each person to whom disclosure is made.

All information subject to this Protective Order that is filed along with any pleading, motion or as evidence before this court shall be filed under seal and kept under seal until further order of the court.

Upon conclusion of this case, all copies of Report of Investigation covered in this Protective Order shall be promptly returned to the United States Attorney's Office, Northern District of

Mississippi, for destruction, and the defense counsel shall provide a signed affidavit confirming return and destruction of Report of Investigation 00181-2023-CID045-010427.

ORDERED this 2nd day of February, 2026.

_____
Magistrate Judge